PEOPLE *v.* BUCKLEY.

This case is controlled by *People* v. *Hancock, ante,* 471; *People* v. *Omacht, ante,* 505; and *People* v. *Cooper, ante,* 514.

REID and BUSHNELL, JJ., dissenting.

Appeal from Ingham; Simpson (John), J., presiding. Submitted May 19, 1949. (Docket No. 70, Calendar No. 42,924.) Decided January 9, 1950. Rehearing granted February 28, 1950. See 328 Mich 169.

William G. Buckley, Edward J. Walsh, Joseph L. Kaminski, Joseph K. Kowalski, William M. Bradley, Francis J. Nowak, Leo J. Wilkowski, Earl C. Gallagher, Ernest G. Nagel, and others were convicted of a conspiracy to corrupt the legislature of the State of Michigan by bribery. Affirmed.

*Stephen J. Roth,* Attorney General, *Edmund E. Shepherd,* Solicitor General, *Daniel J. O'Hara,* Assistant Attorney General, and *Richard B. Foster,* Special Assistant Prosecuting Attorney, for the people.

*George S. Fitzgerald* and *Paul B. Mayrand,* for appellants.

SHARPE, J. These defendants were members of the legislature indicted, convicted and sentenced in the trial in which Hancock, Omacht and Cooper were convicted. They adopted the statement of facts and

the. record filed in the appeal of Hancock, Omacht and Cooper. They also adopted the briefs filed by the above named defendants. Decision in this case is controlled by the majority opinion in *People* v. *Hancock, ante,* 471; *People* v. *Omacht, ante,* 505; and *People* v. *Cooper, ante,* 514. The judgment of conviction is affirmed.

Boyles, C. J., and North, J., concurred with Sharpe, J.

Bushnell, J. (*dissenting*). For the reasons stated in *People* v. *Omacht, ante,* 505, I am unable to agree with the conclusions reached by Justice Sharpe.

The conviction should be set aside and a new trial should be granted.

Reid, J., concurred with Bushnell, J.

Dethmers, Butzel, and Carr, JJ., did not sit.